**Order entered July 9, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01486-CV

### IN THE INTEREST OF S.V. AND S.V., CHILDREN

### On Appeal from the 255th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-04-11968-V

# ORDER

Appellant's motion to vacate orders filed on August 8, 2018 is **DENIED**.


/s/      DAVID L. BRIDGES
           JUSTICE